UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN B. WILKINSON,<br><br>*Plaintiff*,<br><br>v.<br><br>RELIAS LLC,<br><br>*Defendant*. | CASE NO. 19-cv-10292<br><br>JUDGE _____<br><br>MAGISTRATE JUDGE _____ |

### NOTICE OF REMOVAL

Defendant, Relias LLC ("Relias" or "Defendant"), improperly named as RELIAS, LLC, pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the civil action entitled *John B. Wilkinson v. Relias LLC*, bearing Case No. 2019-4530, from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

This action may be removed because the Court has diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). In support of this Notice of Removal, Relias respectfully represents the following:

### I.    PROCEDURAL BACKGROUND

1.    On April 30, 2019, Plaintiff John B. Wilkinson ("Plaintiff") filed a civil action entitled *John B. Wilkinson v. Relias LLC* in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case No. 2019-4530 (the "State Court Action"). *See* **Exhibit 1**, Plaintiff's Rule for Judgment Against Defendant for Unpaid Wages ("Rule for Judgment").[1]

---

[1] This action was filed as a summary proceeding. "The Fifth Circuit has held that the summary nature of a state court proceeding does not preclude that suit from 'being a "suit at common law or in equity" for federal jurisdictional purposes.'" *Villenurve v. New River Shopping Ctr., LLC*,

{N3818248.1}

1

2. Relias was served with a copy of the Rule for Judgment through its registered agent, CT Corporation, on May 3, 2019. *See* **Exhibit 2**, Transmittal from CT Corporation to Relias. Removal is timely because the Notice of Removal has been filed within thirty days of Relias' receiving the initial pleading. 28 U.S.C. § 1446(b)(1).

3. All defendants who have been properly joined and served have consented to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).

4. Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court because it is the district and division embracing Orleans Parish, the parish in which the State Court Action was instituted.

5. Pursuant to 28 U.S.C. § 1446(d), a notice with a copy of this Notice of Removal is also being filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, and served upon the Plaintiff on the same day this Notice of Removal is filed.

6. Pursuant to 28 U.S.C. § 1446(a) and Eastern District of Louisiana Local Rule 3.2, the following documents also are attached to this Notice of Removal: **Exhibit 3**: A copy of the docket sheet in the State Court Action; **Exhibit 4**: An index of all documents being filed in connection with this removal; and **Exhibit 5**: A list of all remaining parties.

## II.   BASIS FOR REMOVAL

7. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446. This is a civil action between citizens of different states, and based on the

---

2017 U.S. Dist. LEXIS 184384, at *13 (M.D. La. Sep. 13, 2017), *adopted* 2017 U.S. Dist. LEXIS 184300 (M.D. La. Nov. 6, 2017) (quoting *Weems v. McCloud*, 619 F.2d 1081, 1088 (5th Cir. 1980)). Courts in this Circuit thus have refused to remand summary proceedings under the Louisiana Wage Penalty Statute where diversity jurisdiction is present. *See, e.g.*, *id.* at *13–15; *McDowell v. Perkinelmer Las, Inc.*, 369 F. Supp. 2d 839 (M.D. La. 2005).

{N3818248.1}

allegations in Plaintiff's Rule for Judgment, the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs. *See* Ex. 1, Rule of Judgment, ¶¶ 17, 23.

**A.     The Parties are of Diverse Citizenship.**

8.     Plaintiff is, and was at the time the State Court Action was filed, domiciled in Louisiana. *See* Ex. 1, Rule of Judgment, ¶ 1(a).

9.     Relias LLC is, and was at the time the State Court Action was filed, a citizen of Delaware and New York. Relias LLC is a limited liability company; thus, its citizenship for purposes of diversity jurisdiction is the citizenship of its members. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). The sole member of Relias LLC is Bertelsmann Learning LLC. The sole member of Bertelsmann Learning LLC is Bertelsmann, Inc. Bertelsmann, Inc. a citizen of Delaware and New York. Bertelsmann, Inc. is incorporated under the laws of Delaware and has its principal place of business in New York.

10.     Because Plaintiff is a citizen of Louisiana and Relias is a citizen of Delaware and New York, complete diversity of citizenship exists among the parties.

**B.     The Amount in Controversy Exceeds $75,000.**

11.     The amount in controversy requirement is also satisfied because "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). Indeed, Plaintiff's Rule of Judgment alleges that Plaintiff is owed $92,848.44 in alleged earned wages and penalties in the amount of $63,453.07 *See* Ex. 1, Rule of Judgment, ¶ 23.

12.     With the requirements for diversity jurisdiction set forth by 28 U.S.C. § 1332 having been met, this Honorable Court has jurisdiction over this matter.

## CONCLUSION

14. Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441. Relias hereby removes this case to this Honorable Court.

Respectfully submitted,

*/s. Edward D. Wegmann*
EDWARD DIRK WEGMANN (#13315), T.A.
MINIA E. BREMENSTUL (#35676)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8226
Facsimile: (504) 589-8226
dwegmann@joneswalker.com
mbremenstul@joneswalker.com

*Attorneys for Defendant Relias LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed in the Court's CM/ECF system and has been served by certified mail and email on all counsel of record this 9th day of May, 2019. A copy has also been filed with the Civil District Court for the Parish of Orleans, State of Louisiana, on this same date.

*/s. Edward D. Wegmann*